**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.     26-CR-20128-JB**

**UNITED STATES OF AMERICA**

**vs.**

**WILNER RENAUD,**

      **Defendant.**

_____/

## TRIAL BRIEF

The United States of America, by and through the undersigned Special Assistant United States Attorney, files its Trial Brief in the matter of United States v. Wilner Renaud.

1.      Trial in this matter is scheduled for May 18, 2026.  The calendar call is scheduled for May 12, 2026.  Special Assistant United States Attorney Jeffrey Pierce will be trying this case. The case agent is Homeland Security Investigations Special Agent Ashley Olsen.

2.      The trial is expected to take one to two days.

3.      The defendant is charged with four (4) counts of false claim of citizenship in order to vote, in violation of 18 U.S.C. § 1015(f), and one count of voting by alien, in violation of 18 U.S.C. § 611.  On four separate occasions – June 27, 2022, June 4, 2024, June 7, 2024, September 22, 2025 – Wilner Renaud submitted Florida Voter Registration Applications.  Each of the four applications specifically asked, "Are you a citizen of the United States of America?" and each of the boxes on those applications were checked "Yes."  Mr. Renaud signed each application, affirming all information provided in the application was true.  Then, on November 8, 2022, Mr. Renaud voted in the 2022 General Election.  However, Mr. Renaud is not, nor has he ever been, a

citizen of the United States.  Mr. Renaud is a citizen and national of Haiti.  Mr. Renaud obtained conditional resident status in 2014, but that status was terminated on December 20, 2020. Currently, Mr. Renaud is in immigration removal proceedings.

4.      The United States anticipates the defendant will file a motion to suppress his statements made to agents.  The United States intends to admit during trial an audio recorded interview where the defendant admits to voting and signing the Florida Voter Registration Applications.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

*/s/ Jeffrey M. Pierce*
JEFFREY M. PIERCE
Special Assistant United States Attorney
Florida Bar No. 1002549
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9156
E-Mail: Jeffrey.Pierce@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEARBY CERTIFY that on May 8, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I further certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Jeffrey M. Pierce*
Jeffrey M. Pierce
Special Assistant United States Attorney

2