**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.     26-CR-20128-JB**

**UNITED STATES OF AMERICA**

**vs.**

**WILNER RENAUD,**

      **Defendant.**

_____/

## UNITED STATES' 2ND AMENDED WITNESS AND EXHIBIT LIST

The United States of America, by and through the undersigned Special Assistant United States Attorney, respectfully submits the following exhibit list to be introduced at the trial beginning August 10, 2026.

The United States requests leave to add exhibits and witnesses as may become necessary.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

_/s/ Jeffrey M. Pierce_____
JEFFREY M. PIERCE
Special Assistant United States Attorney
Florida Bar No. 1002549
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9156
E-Mail: Jeffrey.Pierce@usdoj.gov

1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.     26-CR-20128-JB**

**UNITED STATES OF AMERICA**

**vs.**

**WILNER RENAUD,**

      **Defendant.**

_____/

| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION United States' Witness List | |
|---|---|
| Case Name: United States of America v. Wilner Renaud | Government Attorneys: Jeffrey Pierce / Jed Doty |
| | Defendant's Attorney: Daniel Rashbaum |
| Docket No.: 26-CR-20128    Trial Date: 08/10/2026 | Courtroom Deputy: Donna Gay Johnson |
| Presiding Judge: The Hon. Jacqueline Becerra | Court Reporter: |

| Witness | |
|---|---|
| 1 | Homeland Security Investigations, Special Agent Ashley Olsen |
| 2 | Miami Dade Office of the Supervisor of Elections, Rosy Pastrana |
| 3 | United States Citizenship and Immigration Services, Officer Jesus Alberti |
| 4 | United States Citizenship and Immigrations Services, Officer Max Duarte |

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**United States' Exhibit List**

| Case Name: | Government Attorneys: |
|---|---|
| United States of America v. Wilner Renaud | Jeffrey Pierce / Jed Doty |
| | Defendant's Attorney: Daniel Rashbaum |

| Docket No.: 26-CR-20128 | Trial Date: 08/10/2026 | Courtroom Deputy: Donna Gay Johnson |
|---|---|---|

| Presiding Judge: The Hon. Jacqueline Becerra | Court Reporter: |
|---|---|

Party Offering Exhibits: Government

| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Description |
|---|---|---|---|---|---|
| 1 | | | | | I-94 |
| 2 | | | | | TPS Application 1 |
| 3 | | | | | TPS Application 2 |
| 4 | | | | | I-130 |
| 5 | | | | | I-485 |
| 6 | | | | | I-751 |
| 7 | | | | | September I-751 RFE |
| 8 | | | | | December I-751 RFE |
| 9 | | | | | I-751 Denial Letter |
| 10 | | | | | AR-11 |
| 11 | | | | | 1st N-400 |
| 12 | | | | | Naturalization Tests |
| 13 | | | | | N-649 |
| 14 | | | | | N-652 |

| | | | | | |
|---|---|---|---|---|---|
| 15 | | | | | 2nd N-400 |
| 16 | | | | | Notice of Continuance |
| 17 | | | | | Letter from Renaud |
| 18 | | | | | Eligibility Questions |
| 19A | | | | | Voter Registration 6-27-22 |
| 19B | | | | | Voter Registration 6-4-24 |
| 19C | | | | | Voter Registration 6-7-24 |
| 20A | | | | | Voting History |
| 20B | | | | | EViD Signature |
| 21A | | | | | Current DAVID |
| 21B | | | | | Application 1 |
| 21C | | | | | Application 2 |
| 21D | | | | | Application 3 |
| 21E | | | | | Application 4 |
| 21F | | | | | Application 5 |
| 22 | | | | | Recorded Interview |
| | | | | | |
| | | | | | |
| | | | | | |