UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-CR-20128- Becerra

UNITED STATES OF AMERICA

      Plaintiff,

v.

WILNER RENAUD,

      Defendant.

_____/

## DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY

**DEFENDANT Wilner Renaud**, through undersigned counsel, respectfully submits in support of his Motion to Dismiss (ECF No. 19) the Memorandum of Court Appointed *Amicus Curiae* filed in the matter of *United States v. Cox*, No. 25-cr-60249 (S.D. Fla. July 23, 2026) (Exhibit "A").

Respectfully submitted,

**MARCUS RASHBAUM PINEIRO
& MEYERS LLP**
2 South Biscayne Blvd., Ste. 2530
Miami, Florida 33131
Tel: (305) 400-4260

By: */s/ Daniel Lawrence Rashbaum*
    Daniel Lawrence Rashbaum, Esq.
    Florida Bar No. 75084
    drashbaum@mrpfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served on

August 5, 2026 via transmission of Notices of Electronic Filing generated by CM/ECF to all parties

registered to receive notice in this case.

*/s/ Daniel Lawrence Rashbaum*
Daniel Lawrence Rashbaum