**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO: 26-20128-CR-BECERRA**

**UNITED STATES OF AMERICA,**

Plaintiff,

vs.

**WILNER RENAUD,**

Defendant.
_______________________________/

## JUDGMENT OF ACQUITTAL

The Defendant, **Wilner Renaud**, having come before the Court for trial and the jury having rendered a verdict of not guilty as to Counts 1, 2, 3, 4, and 5 of the Indictment, it is hereby

**ORDERED AND ADJUDGED** that a Judgment of Acquittal is entered herein as to the Defendant, **Wilner Renaud**.

**DONE AND ORDERED** in Miami, Florida, this 15th day of September, 2026.

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record