UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26cr20128-JB

United States Of America

Plaintiff(s),

vs.
Wilner Renaud

Defendant(s).
_______________/

FILED BY [signature] D.C.
OCT 01 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**RELEASE OF EXHIBITS**

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives

Item Nos. ____________

☐ Oversize records (larger than 10" x 12" x 15")

Item Nos. ____________

☐ Stored by Records Section in: ☐ Miami ☐ FTL ☐ WPB ☐

☑ Other (Explain): Government Exhibits Re De # 64

☑ Attachments
(Exhibit list, Order of Court)

Signature: [signature]

Print Name: Jeffrey Pierce

Agency or Firm: USAO SOFL

Address: 99 NE 4th ST
Miami, FL

Telephone: 786-647-9232

Date: 10/1/26

Exhibits Released by:
Karen Saneifra
Records/Intake
(Deputy Clerk)

ORIGINAL - Court File
cc: Records Section
Courtroom Deputy
Counsel of Record